IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICRO MOTION, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **C.A. No. 09-CV-10319-NG** |
| ) | |
| KROHNE, INC. ) | |
| ) | |
| KROHNE MESSTECHNIK GmbH & Co. KG ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael V. Dowd, of the law firm Foley Hoag LLP, as counsel for defendant Krohne, Inc. in the above-captioned matter.

                Respectfully submitted,

                /s/ Michael V. Dowd
                Michael V. Dowd, BBO # 630267
                FOLEY HOAG LLP
                Seaport World Trade Center West
                155 Seaport Boulevard
                Boston, Massachusetts 02210-2600
                (617) 832-1000

Dated: May 29, 2009

B3633072.1

- 2 -

## Certificate of Service

      I hereby certify that true and accurate copies of the foregoing document filed through the ECF system will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                          /s/  Michael V. Dowd
                                          Michael V. Dowd

Dated:  May 29, 2009

B3633072.1