ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM

February 28, 2013

John Kenneth Felter
T +1 617 951 7889
F +1 617 235 9830
ken.felter@ropesgray.com

Honorable Rya W. Zobel
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: *Micro Motion, Inc. v. Krohne, Inc., et al.* (D. Mass.) (C.A. No. 09-CV-10319-RWZ)

Dear Judge Zobel:

This letter will provide you with a status report regarding the above-referenced action.

As reported earlier to the court, the parties have agreed to mediation. The parties have also agreed to request that the court appoint a Magistrate Judge currently sitting in this District to serve as the mediator for a one-day mediation to be held in Boston. The parties are currently discussing details of the mediation and ranges of mutually available dates to propose to the court.

The parties anticipate reporting back to the court on or before March 15, 2013.

Sincerely,

John Kenneth Felter

JKF:mtb

cc: Michael V. Dowd, Esq.

33529583_1